UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-cr-10122-FDS |
| | ) | |
| CLARANCE JONES | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

**EXHIBIT A**

**LETTERS OF FAMILY MEMBERS IN SUPPORT OF CLARANCE JONES**

August 8, 2019

Dear Hon. Dennis Saylor, United States District Court.

Your Honor, My name is Regina Sutson –Babb. I am the niece of Clarence CW Jones. I live in Lynn Massachusetts. I use to work at JSI in Boston Ma for many years, do to illness I know longer am able to work. I have four Children Frederick, Terrell, Joshawa, and Ashelynne. I know the Defendant Clarence Jones as my Uncle. He is my father Robert Bobby Sutson brother. My father was murder in the city of Lynn when I was just 14 years old. That was a difficult time in my life. My uncle Clarence, and his wife Lillie Jones made it much easier for me by allowing me to hangout at their house with their children. While going through a trying time, I watched my Uncle Struggle with many things in his life while trying to make a different, in City of Lynn MA. I watched him fight for what he believed in. Uncle Clarence ran and held many positions in the city of Lynn, some political and some none Political. He was on the broad of the NAACP, He stressed to me how important it was for me to register with the NAACP. I remember him saying to me that the NAACP members, and many other black afro American have file a complaint in the court house, and with the city of Lynn MA for fair housing, and Education for mornority children in the City of Lynn. This was a cause that my uncle Clarence believed need to be taken care of right away. Because of their beliefs and willingness to fight for change we minority now have opportunities that may not have been afforded if they hadn't fought for us back then. Growing up he has been a good uncle he was the one who made sure I knew my extended family by hosting many family reunions, there was many time that I wasn't able to afford the family reunion Clarence made sure that it was financial possible for me to go by paying for hotels, T-shirts fee whatever he could do he did it to make sure it was possible for me to meet my family and be apart of our family history event. It was important to him that our family knew each other, for that I will always be great full to him for. Your Hon my uncle Clarence has made me aware of his legal problem, I am aware he has plead guilty to tax fraud, and he has admitted a guilt plead before the courts. I am fully aware of his situation, and I respect to the law and legal system. I send this letter because I know him as my uncle who has been there for me. I know he has Pleaded Guilty to doing wrong but I too know he has done good to in my life and many others. He is the only living imediated person left on my father side of the family. My Grandmother Lillian Sutson, Grandfather Etoy Sutson, Father Robert Bobby Sutson, Uncle Melvin Sutson are all dead, and past on. So uncle Clarence is important to me because he is all I have left of my father family. I know that may not be much to some but it is everything to me. I am great full to him for when my father was murder he was there. I respectfully thank you for taken the time to read my letter.

Yours truly,

Regina Sutson Babb

**Saturday, August 10, 2019**

**Dear Honorable Dennis Saylor, United States District Court:**

Your Honor, My name is Barbara Sutson. I am the niece of Clarence CW Jones. I live in Lynn Massachusetts. I am an Army Veteran who currently works as a Certified Nurse Assistant in Beverly, MA and I work for the City of Lynn Public School as a Lunch Aide. I have a daughter named Jennifer and two grandchildren named Myracle and Seara. I know the Defendant Clarence Jones as my uncle and my father's brother Bobby Sutson. When my father was murdered in the City of Lynn in 1982, I was stationed at Fort Bragg North Carolina. As the oldest child, my mother looked to me for financial assistance to bury my father when we found out he had no life insurance. I took a financial hardship, but it was not enough. Uncle Clarence stepped up and provided financial help which allowed my father to have a proper burial. I will never forget as a soldier away from home how he relieved the stress I was feeling at the time. My uncle Clarence made me aware in person that he pleaded guilty to tax fraud, and he admitted to me he pleaded guilty before the courts. I respect the law and the legal system. I fully under stand the situation. I just wanted to say he was there for me at a rough time in my life. I will always be grateful that he was there for me and my family. Thank you for allowing me to be heard on his behalf and if you need to contact me I can be reached at 781-█

**Respectfully yours,**

*Barbara J. Sutson*
**Barbara J. Sutson**

**Saturday, August 10, 2019**

**Dear Honorable Dennis Saylor, United States District Court:**

Your Honor, My name is Jennie Sutson. I am the sister-in-law of Clarence CW Jones. I live in Lynn Massachusetts. I am a retired City of Lynn Public School Lunch Aide and the widow of the late Bobby Sutson. I have five children Barbara, Robert, Regina, Glenn and Troy who all reside in Massachusetts. I know the Defendant Clarence Jones as my brother-in-law and he is my youngest son Troy's Godfather. When my husband was murdered in the City of Lynn in 1982, he died with no life insurance and Clarence stepped up and took the financial burden for funeral arrangements, travel for his brother's body to be transported to South Carolina for burial. Clarence assisted me in getting help through resources for families who suffered from a violent crime. Throughout the years Clarence kept in touch with me and my children to ensure we had basic needs. I am grateful and appreciate all his support and generosity he has provided. My brother-in-law Clarence has told me that he pleaded guilty to tax fraud, and he admitted to me that he pleaded guilty before the courts. I respect the law and the legal system. I fully under stand the situation Clarence is in today. I just wanted to say he was a great help to me and my family in my time of need. Thank you for taken the time to hear what I have to say and if you need to contact me I can be reached at 781-███.

**Respectfully yours,**

*Jennie R Sutson*
Jennie R. Sutson

Hon Dennis Saylor
United States District Court

Your Honor,

My name is Edna Sutson, I currently live in Lynn, MA. I've been retired for sometime now, but I currently volunteer at the Lynn City Mission and also a Pastor's aid. I have five children, two work in a church as a preacher and sunday school teacher. One work as a chef in Dockside at Wakefield also a package handler at Ups. My other two children live with me.

I understand that Mr Jones pled guilty of his accusation due to tax fraud. But besides what he has done he is a genuine person. When someone is in need. He dosen't ask for anything in return. He sure does love his family and friends very much.

Edna Sutson
7-26-2019

Nathan Jones
█████
Woodbridge, VA 22191
Thursday, July 11, 2019

Your Honor:

My name is Nathan Jones, the grandson of Clarence Jones. I live in Woodbridge, VA and I currently work remotely as a Web Designer for a tech startup in San Francisco. I am coming up on five years of marriage to a wonderful wife, who currently works for Fairfax County Government. I thank you for allowing me to speak about my grandfather's character.

I am fully aware that my grandfather has pled guilty to tax fraud & fully admitted his guilt. While I do not condone the actions taken by my grandfather, I do want to take the time to help paint a picture of the man I personally have known to be a family oriented person. Throughout my life, my grandfather has always been supportive of anyone in the family who puts in hard work to make a better life for themselves. He has always encouraged me to do things the right way, through education & hard work. He was always present at my graduation ceremonies & would always admonish me to set goals in life.

Throughout my life, I was never aware of my grandfather's financial dealings. I sincerely believe he kept this portion of his life separate from me because he wouldn't want me to follow down a similar course. My parents raised me to be honest, truthful & forgiving. They also raised me in an environment that would help me succeed. So, despite my grandfather's actions, I was never put in harm's way or forced to make desperate decisions. Only my grandfather can speak to the decisions he had to make in life, but I am confident that he would do things differently if given the opportunity to start over.

I cannot begin to imagine the heavy responsibility you have as a judge. It is my sincere hope that the decision you make will be one that is fair & appropriate to his actions. Thank you for reading this letter.

Sincerely,
Nathan A. Jones

*[signature: Nathan A. Jones]*

August 8, 2019

Your Honor:

My name is Joseph C. Jones Senior. I am a current resident of Lynn, Massachusetts. I work for the Lynn Public Schools as a paraprofessional. I am a father of 6, three girls and three boys.

Clarance W. Jones is my father. He and my mother, Lillie Jones, adopted me when I was 3 years old. I am now 52 years old.

My father has committed a crime and he has admitted to it. He has shamed his family in the process. However, my father is an exceptional family man. He has always provided for his family through the good and the bad times. He would take the shirt off of his back if it had ever come to that point in our lives. He was a community leader and opened a lot of doors for a lot of people in our community inside and out.

Clarance W. Jones is my mentor. I have and always will look up to him, no matter what the circumstance may be. Without him, I would not be the man I am today. I would be lost without him. I'm extremely blessed to have him as my father.

Given my father's age and his current health problems, our time with him is limited. It would be a tragedy to lose him in a jail cell.

Sincerely,

Joseph C. Jones Sr.

July 27, 2019

The Honorable Judge Frank Dennis Saylor, IV
U.S. District Court for the
District of Massachusetts

Your Honor,

I have known Clarance Willie Dean Jones since the day I was born - 59 years ago and counting. My name is Marcus Jones - the second child born to Clarance and Lillie Jones - the first to survive to adulthood. My parents are natives of South Carolina who migrated to the District of Columbia and then to Lynn, Massachusetts in the early 1960s. I'm the oldest of four children raised by my parents. Two of my siblings were adopted as infants from Boston and they, and their children, are as much a part of our family today as they were the first day they crossed the threshold of my parents' modest West Lynn apartments in 1965 and 1967. I married my college sweetheart in 1983 and I too am a parent to a 29-year-old son, Nathan, who is enjoying his fifth year of marriage to a lovely young lady who hails from Virginia. Love of family, commitment and a willingness to work hard to earn one's keep are core traits instilled in every member of the Jones family.

The circumstances which bring my father to your courtroom are his to account for and, accordingly, yours to determine a fair and appropriate judicial response. I can only offer a few bits of additional information about the man who comes before you at the lowest point in his life. Until last year, the activity which brought Clarance Jones to the attention of law enforcement and sparked fascination in the media would lead many to assume he enjoyed a lavish lifestyle and he had accumulated considerable wealth. Nothing could be further from the truth. Clarance Jones has never owned real estate. He's never been the original owner of a new car. For more than half a century, he's supported himself and his family by means of self-employment – no pension, no 401k savings. He receives a monthly Social Security disbursement which wouldn't cover a week-long stay at a bottom-rated hotel. Until January 2018, his most valuable possessions were his souvenirs and mementos of a life spent as a small business cleaning company

proprietor (through which he hired and provided employment opportunities to numerous members of the Lynn community); newspaper articles and memorabilia from his years of service to the community as president of the North Shore Chapter of the N.A.A.C.P.; and childhood photographs and documentation of family reunions he was able to attend since the turn of this century. Those were his treasures until fire engulfed the 100-year-old apartment building where he lived and consumed the written and graphic history of a man who, at that point, was in the 80th year of his life, coping with prostate cancer, diminishing mobility, and limited financial means, which compelled him to pursue an unconventional revenue stream, which he has admitted to the court was the wrong thing to do.

While my father awaits your judgment on the negative side of the scale of his life, I hope you'll give consideration to the positive side of the scale which he spent most of his young adult life and middle-age weighing down in his favor. During a turbulent period in the late 1960s, my father established a drop-in center in Lynn for young people called "Teen City." It kept disadvantaged children off the street and out of trouble. He also founded the Lynn Educational Action Program (L.E.A.P.) - an after-school initiative to encourage disadvantaged parents and their elementary school-aged children to enhance their education. He championed inclusion and diversity in Lynn's public-sector workforce which opened the door for minorities to gain employment at city hall and in the police and fire departments.

He comes before you ready to accept the consequences of his actions. We, his family, can only hope the consequences reflect a favorable balance for the decades of good, positive and self-less work which is also a significant aspect of his life and legacy.

Thank you for your time.

Sincerely yours,

Marcus Edmund Jones
Dumfries, Virginia

Date:      June 30, 2019

To:        The Hon. Judge F. Dennis Saylor, IV
           U.S. District Court/Massachusetts

From:      Mrs. Lillie C. Jones

RE:        The Sentencing of Clarance Jones

Your Honor,

I, Lillie Clara Jones, am the wife of Clarance Jones. I live in Lynn, Massachusetts and I am a retired teacher's aide from the Lynn School Department. I have known Clarance since junior high school. We married in 1957. As young children, Clarance and I were both raised by our grandparents on cotton farms in the Gaffney, South Carolina area. When our families moved into the city a short distance from each other, we began to date and we eventually eloped at age 18.

Clarance is a very good husband, father, uncle, grandfather, great-grandfather, foster parent, and godparent to many. Two of our children are adopted. We are the birth parents of four children, only two of whom survived. Our first child, Jerry, was born the first year we were married. He only lived three days. He was born Thursday night. He died from a bleeding problem Saturday night at the hospital. We buried him on Sunday. Our second child, Marcus, was born in Washington, D.C. He survives to this day. He is now 59 years old. Our third child, a girl, who we would have named Eleanor, also died three days after her birth at D.C. General Hospital. She was born on Monday and died on Wednesday due to an abnormal heart condition. We donated her remains to the hospital for the purpose of furthering the research of her ailment. Following our move to Massachusetts in 1963 and after the loss of two of our children, we did not want our surviving child to grow up alone, so, we became foster parents. One of the foster children we cared for, Joseph, became our first adopted child. Bonnie, who we cared for from birth through an arrangement with her mother, was the second child we adopted.

We moved to Massachusetts in pursuit of work. Clarance got a job at a factory in Lynn and eventually he ventured out to start his own commercial janitorial service. Profit was never his overriding concern. Supporting his family was most important but so was doing good work in the community. Through his

business, he employed people from the neighborhood who had difficulty finding work elsewhere. Clarance devoted considerable time to mentoring young people and he even created a teen center to encourage good citizenship. He also created a tutoring program for adults and their children.

During the 1970s and '80s, Clarance reluctantly, yet diligently, took the reins of the local N.A.A.C.P. chapter when he was drafted to do so. To this day, my husband is still best known for helping people and for doing positive things for the people of Lynn.

I know Clarance has admitted his guilt for committing tax fraud. I offer no excuses for his poor judgment in that regard. But, I'm sure you can understand, he's my husband, I love him, not to a fault but in spite of his faults. We've grown up together. I've known him through good days and bad days. And, while this is not one of his better days, I know he can turn in more good days if you allow him to do so.

We're old. We're frail. We're in poor health. The time we have ahead of us is far shorter than the time we've left behind. I just want it to be time we spend together.

Thank you for your consideration.

Respectfully yours,

*Mrs. Lillie C. Jones*
Mrs. Lillie C. Jones